

# Fourth Court of Appeals
## San Antonio, Texas

August 6, 2014

No. 04-14-00246-CR

Destyn David **FREDERICK**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 81st Judicial District Court, La Salle County, Texas
Trial Court No. 11-09-00041-CRL
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Appellant's brief was due on July 16, 2014. On July 21, 2014, the clerk of this court sent appellant's counsel a letter advising him that the brief was late. Appellant's brief, however, has not been filed.

We ORDER appellant's attorney to file appellant's brief on or before **August 21, 2014**. If appellant's brief is not filed by that date, we will abate this appeal to the trial court for an abandonment hearing. TEX. R. APP. P. 38.8(b)(2). Contempt proceedings may also be initiated against appellant's attorney. *Id*. 38.8(b)(4).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of August, 2014.

_____
Keith E. Hottle
Clerk of Court